# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| STACEY CARPENTER,<br>    Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:11-CV-261-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court adopts the conclusions of the Memorandum and Recommendations [D.E. 46]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 39] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 42] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 29, 2012,** WITH A COPY TO:

Kathleen S. Glancy  (via CM/ECF Notice of Electronic Filing)
Amy Rigney  (via CM/ECF Notice of Electronic Filing)


June 29, 2012                               JULIE A. RICHARDS, Clerk
Date                                           Eastern District of North Carolina

                                                              /s/Debby Sawyer
                                                              (By) Deputy Clerk

Raleigh, North Carolina